UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SHRONE PERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>RAMONA M. JONES, et al,<br><br>               Defendant. | CASE NO. 3:23-cv-05926-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The complaint is DISMISSED with prejudice. The dismissal is deemed a STRIKE.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

(4)

Dated this 17th day of November, 2023.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1